In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00202-CV**
_____

**IN THE INTEREST OF E.M.**

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-197,668-D**

**MEMORANDUM OPINION**

On August 23, 2019, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why additional time was needed to file the record. Appellant did not respond to the Court's notice.

The appellant did not file an affidavit of indigence and is not entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to file the record, the appeal is dismissed for

1

want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3. Costs are assessed against the appellant.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on October 9, 2019
Opinion Delivered October 10, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.